AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 11-137 (JEI) |
| ANDREW J. McCROSSON, JR., | ) | |
| a/k/a "Drew McCrosson" | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 3-4-11

_____
Defendant's signature

_____
Signature of defendant's attorney

JAMES J. LEONARD, JR.
Printed name of defendant's attorney

3/4/11

_____
Judge's signature

HON. JOSEPH E. IRENAS, SUSDJ
Judge's printed name and title