# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

March 4, 2011
**DATE OF PROCEEDINGS**

**JUDGE: JOSEPH E. IRENAS**

**COURT REPORTER:** TED FORMAROLI

Other(s) _____

**Docket #** CR 1:11-00137-001 (JEI)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
     vs.
ANDREW MCCROSSON
     **PRESENT**

**APPEARANCE:**
Kevin Smith, AUSA for USA
James Leonard, Esq., for Defendant

**NATURE OF PROCEEDINGS:**   INITIAL APPEARANCE/WAIVER OF INDICTMENT/PLEA HEARING

Ordered deft. sworn; deft. sworn
Waiver of indictment executed and filed.
INFORMATION filed.
PLEA:   GUILTY to Counts 1 and 2 of the INFORMATION.
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered plea accepted.
Ordered sentencing set for June 16, 2011 at 3:00PM in Courtroom 1.

Ordered bail set at $100,000 unsecured bond w/conditions.
Order of release to issue.


Time commenced:   12:55PM     Time Adjourned:   1:45PM     Total Time:   0:50

Lawrence MacStravic
DEPUTY CLERK

**cc: Chambers**