PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
(973)645-2736
LAB0321
FLU:KCPB

RECEIVED IN
CHAMBERS OF

MAR 21 2011

JOSEPH E. IRENAS, U.S.D.J.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br> v.<br><br>ANDREW MCCROSSON,<br><br>         Defendant,<br><br> and<br><br>SUN NATIONAL BANK,<br>and its successors or assigns,<br><br>         Garnishee. | Hon. Joseph E. Irenas<br><br>CRIMINAL No. 11-137<br><br>ANSWER OF THE GARNISHEE |

_Rosa Plaza_, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of:

_Rosa Plaza  226 Landis Ave. Vineland NJ 08360   856 690-4111_
(State full name and address of business)    (Telephone Number)

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/~~she~~ is the (State Official Title & telephone number) Research and Accounts Verification Supervisor 856 690.4111 of Garnishee, Sun National Bank, A National Banking Association a corporation, organized under the laws of the ~~State of~~ The United States of America.

On 3/14, 201 2, Garnishee received the Writ of Garnishment by federal express mail.

The Garnishee was informed of its right to have the Writ served by the United States Marshal.

The Garnishee expressly waives service of the Writ of Garnishment by United States Marshal and accepts service of the Writ of Garnishment by federal express mail.

- The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | 475 1949496 | 62.46 | Checking |
| 2. | | | |
| 3. | | | |

- Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| | Amount | Estimate date or Period Due |
|---|---|---|
| 1. | $ none | none |
| 2. | $ | |
| 3. | $ | |

- Please state date, type, and amount of last transaction (including deposit, withdrawals and account closings. Last deposit made on 11/7/2011 in the amount of $900.00. Last withdrawal 3/13/12 in the amount of $252.06. This transaction was a debit from Sams Club.
- Has the individual closed any accounts with your institution in the past 12 months? Yes ☒   No ☐

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

— [The Garnishee makes the following claim of exemption on the part of Defendant:]

— [Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:]

— [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, <u>Andrew McCrosson</u>, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, Andrew McCrosson, at (debtor's address):

> Reg# 63237-050
> USP Big Sandy
> US Penitentiary
> 1197 Airport Road
> Inez, KY 41224

and (2) the United States Attorney of the District of New Jersey, 970 Broad Street, 7th Floor, Newark, NJ 07102, Attn: Leah A. Bynon, AUSA.

_Sun National Bank_
Garnishee

Subscribed and sworn to before me this 19th day of March 2012.

_Antoinette Sapello_
Notary Public
(Seal)

My Commission expires: 3/26/14

ANTOINETTE SAPELLO
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires March 26, 2014